# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2022 KW 1352

**JANUARY 13, 2023**

---

In Re:   Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04145.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND HESTER, JJ.**

**WRIT DENIED.**

JMG
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT